# UNITED STATES DISTRICT COURT

### for the

### DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **BARBARA FAJARDO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 1:15-CV-0103 KG/KK** |
| | ) | |
| **STATE OF NEW MEXICO and** | ) | |
| **NEW MEXICO HUMAN** | ) | |
| **SERVICES DEPARTMENT,** | ) | |
| **governmental entities,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### STIPULATED ORDER OF DISMISSAL

THIS MATTER having come before the Court on the Stipulation of the parties herein to dismiss this matter with prejudice, and the Court being fully advised in the premises, the Court FINDS that the Stipulation of Dismissal is well taken.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that any and all claims and allegations against Defendants in the Plaintiff's Complaint herein be and hereby are dismissed with prejudice, and each party to bear their own costs and fees.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted and approved by:
GILPIN LAW FIRM, LLC


*/s/ Donald G. Gilpin*
Donald G. Gilpin
6100 Indian School Rd. NE
Suite 201
Albuquerque, NM   87110
Phone:  (505) 244-3861
Fax:  (505) 254-0044
*Attorney for Plaintiff*



NM HUMAN SERVICES DEPARTMENT


/s/ Sarah J. Batzli
_____
Sarah J. Batzli
Office of General Counsel
P.O. Box 2348
Santa Fe, NM   87504-2348
Phone:  (505) 827-7701
Fax:  (505) 827-7729
*Attorneys for Defendants*